# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Miguel Baca Flores, | No. CV-26-03217-PHX-MJM (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., | |
| Respondent. | |

This matter is before the Court upon its own review. On May 7, 2026, Petitioner filed his Petition for Writ of Habeas Corpus. (Doc. 1.) Petitioner asserts that his immigration detention is unconstitutional under the Fifth Amendment. (*Id.*) On May 12, 2026, the Court issued a Service Order, requiring Respondent to file a response to Petitioner's Petition. (Doc. 4.) On June 5, the Court received a Notice of mail returned as undeliverable to Petitioner. (Doc. 12.) The Notice stated that Petitioner was released on May 4, 2026. (*Id.*) Considering the Notice, the referred Magistrate Judge issued an Order requiring Respondent to file a notice stating whether Petitioner has been released. (Doc. 13.) On June 11, 2026, Respondent filed his Notice, stating that "Respondents hereby notify the Court that in compliance with the Court's Order, Petitioner was released on May 5, 2026." (Doc. 14 at 1.) Consequently, the Court shall deny Petitioner's Petition for Habeas Corpus as moot.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Habeas Corpus (Doc. 1) is **DENIED**

**AS MOOT**.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED.

DATED this 12th day of June, 2026.

_____
Michael J. McShane
United States District Judge